# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

2018 MAR 22 P 12: 34

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:18sw 106
 )
Information Associated with an Account )
at Apple, Inc., 1 Infinite Loop Cupertino, California )
 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

information associated with the account associated with the email address seanandrewduncan@gmail.com, stored at premises owned, maintained, controlled, or operated by Apple, Inc., a company headquartered at 1 Infinite Loop, Cupertino, California.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of a crime contained in records associated with the user account further described in Attachment A.

**YOU ARE COMMANDED** to execute this warrant on or before ____March 8, 2018____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Michael S. Nachmanoff____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: __02/22/2018  11:30 am__     /s/ Michael S. Nachmanoff
 United States Magistrate Judge
 *Judge's signature*

City and state:   __Alexandria, VA__     Michael S. Nachmanoff, U.S. Magistrate Judge
 *Printed name and title*

## Return

| Case No.: 1:18sw 106 | Date and time warrant executed: 2/22/18 @ 2:03PM | Copy of warrant and inventory left with: n/a |
|---|---|---|

Inventory made in the presence of: n/a

Inventory of the property taken and name of any person(s) seized:

+ Business Records Certification
+ .xls file containing subscriber information and transactional information

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/14/18

*Executing officer's signature*

Nicholas Esten, FBI Special Agent
*Printed name and title*

## ATTACHMENT A (Apple, Inc.)

A. The search warrant will be presented to Apple, Inc. personnel who will be directed to isolate information in the Apple, Inc., account associated with the email address **seanandrewduncan@gmail.com**. Apple, Inc. employees and/or law enforcement personnel trained in the operation of computers will create an exact duplicate of the account specified above, including an exact duplicate of all information stored in the computer accounts and files described therein, including:

   a.   The content of any and all cloud storage and other accounts;

   b.   All records or other information regarding the identification of the accounts described in Attachment A above, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of services utilized, the IP address used to register the account, log-in IP address associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number) provided by the subscriber to Apple, Inc.;

   c.   All records or other information stored by an individual using the account, including address books, contact and buddy lists, to include any and all contacts listed on the subscriber's contact list, pictures, and files, to include any and all contents of electronic files that the subscriber has stored; and

   d.   All records pertaining to communications between Apple, Inc. and any person regarding the account, including contacts with support services and records of action taken.

B. Law enforcement personnel will thereafter review all information and records received from the Apple, Inc. employees to determine the information to be seized by law enforcement personnel. The information to be seized consists of information related to the attempt to provide material support to a designated terrorist organization, in violation of 18 U.S.C. § 2339B, and/or the possession of child pornography, in violation of 18 U.S.C. § 2252, including records relating to the identities of those who created, used, or communicated with the account.